**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**MARSHALL DIVISION**

| | |
|---|---|
| **ALOFT MEDIA, LLC,** § § **Plaintiff,** § § § **Civil Action No.  2:08-cv-153** **v.** § § **BROOKSTONE, INC., HONEYWELL,** § **JURY TRIAL DEMANDED** **INC., THERMO FISHER SCIENTIFIC,** § **INC. d/b/a DAVIS INSTRUMENTS,** § **COLE-PARMER INSTRUMENT** § **COMPANY, LACROSSE** § **TECHNOLOGY, LTD., CHANEY** § **INSTRUMENT COMPANY,** § **RAINWISE, INC., COLUMBIA** § **WEATHER SYSTEMS, INC.,** § **PEET BROS. COMPANY, INC. and** § **TANDD U.S. LLC,** § § **Defendants.** § | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF PEET BROS. COMPNAY, INC. PURSUANT TO FED.R.CIV.P 41(a)(1)(A)(i)**

Aloft Media, LLC, plaintiff in the above-entitled and numbered civil action, dismisses, with prejudice, Peet Bros. Company, Inc. ("Peet Bros.") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Peet Bros. has not been served with a summons, nor has it filed an answer or a motion for summary judgment.

The plaintiff and Pete Bros. each will bear its own costs, expenses and legal fees.

This dismissal does not affect any other named defendant.

Respectfully submitted,

*/s/ Eric M. Albritton*

———————————————
Eric M. Albritton
Texas Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
ema@emafirm.com

Thomas John Ward, Jr.
Texas Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

Danny L. Williams
Texas State Bar No. 21518050
WILLIAMS, MORGAN &
AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com

Scott Stevens
State Bar No. 00792024
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas  75606
Tel: 903-753-6760
Fax: 903-753-6761
scott@seslawfirm.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

     The undersigned certifies that a copy of this notice will be served upon Peet Bros. Company, Inc. via email on the 13th day of May, 2008.  A copy of this notice will be served upon the remaining defendants along with the summons and complaint.

_____
Eric M. Albritton