# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

### MARSHALL DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No.  2:08-cv-153 |
| v. | § | |
| | § | |
| BROOKSTONE, INC., HONEYWELL, | § | JURY TRIAL DEMANDED |
| INC., THERMO FISHER SCIENTIFIC, | § | |
| INC. d/b/a DAVIS INSTRUMENTS, | § | |
| COLE-PARMER INSTRUMENT | § | |
| COMPANY, LACROSSE | § | |
| TECHNOLOGY, LTD., CHANEY | § | |
| INSTRUMENT COMPANY, | § | |
| RAINWISE, INC., COLUMBIA | § | |
| WEATHER SYSTEMS, INC., | § | |
| PEET BROS. COMPANY, INC. and | § | |
| TANDD U.S. LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff filed a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Peet Bros. Company, Inc.  Accordingly, Peet Bros. Company, Inc. shall be, and is hereby, DISMISSED WITH PREJUDICE.

The plaintiff and Pete Bros. Company, Inc. each shall bear its own costs, expenses and legal fees.

This dismissal does not affect any other named defendant.

**SIGNED this 14th day of May, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE