# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, § § **Plaintiff,** § § **v.** § § BROOKSTONE, INC., HONEYWELL, § INC., THERMO FISHER SCIENTIFIC, § INC. d/b/a DAVIS INSTRUMENTS, § COLE-PARMER INSTRUMENT § COMPANY, LACROSSE § TECHNOLOGY, LTD., CHANEY § INSTRUMENT COMPANY, § RAINWISE, INC., COLUMBIA § WEATHER SYSTEMS, INC., § PEET BROS. COMPANY, INC. and § TANDD U.S. LLC, § § **Defendants.** § | Civil Action No.  2:08-cv-153 JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF DISMISSAL OF TANDD U.S. LLC PURSUANT TO FED.R.CIV.P 41(a)(1)(A)(i)

Aloft Media, LLC, plaintiff in the above-entitled and numbered civil action, dismisses, with prejudice, TANDD U.S. LLC ("TANDD") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  TANDD has not been served with a summons, nor has it filed an answer or a motion for summary judgment.

The plaintiff and TANDD each will bear its own costs, expenses and legal fees.

This dismissal does not affect any other named defendant.

1

Respectfully submitted,

*/s/ Eric M. Albritton*

Eric M. Albritton
Texas Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397
ema@emafirm.com

Thomas John Ward, Jr.
Texas Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

Danny L. Williams
Texas State Bar No. 21518050
WILLIAMS, MORGAN &
AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com

Scott Stevens
State Bar No. 00792024
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas  75606
Tel: 903-753-6760
Fax: 903-753-6761
scott@seslawfirm.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of this notice will be served upon TANDD U.S. LLC via email on the 1st day of July, 2008. A copy of this notice will be served upon the remaining defendants along with the summons and complaint.

_/s/ Eric M. Albritton_
Eric M. Albritton