# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, § § § Plaintiff, § § v. § § BROOKSTONE, INC., HONEYWELL, § INC., THERMO FISHER SCIENTIFIC, § INC. d/b/a DAVIS INSTRUMENTS, § COLE-PARMER INSTRUMENT § COMPANY, LACROSSE § TECHNOLOGY, LTD., CHANEY § INSTRUMENT COMPANY, § RAINWISE, INC., COLUMBIA § WEATHER SYSTEMS, INC., § PEET BROS. COMPANY, INC. and § TANDD U.S. LLC, § § Defendants. § | Civil Action No. 2:08-cv-153 JURY TRIAL DEMANDED |

## ORDER

The plaintiff filed a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to TANDD U.S. LLC Accordingly, TANDD U.S. LLC shall be, and is hereby, DISMISSED WITH PREJUDICE.

The plaintiff and TANDD U.S. LLC each shall bear its own costs, expenses and legal fees.

This dismissal does not affect any other named defendant.

**SIGNED this 2nd day of July, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE