**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § § | |
| Plaintiff, | § § | |
| | § | Civil Action No.  2:08-cv-153 |
| v. | § § | |
| BROOKSTONE, INC., HONEYWELL, | § | JURY TRIAL DEMANDED |
| INC., THERMO FISHER SCIENTIFIC, | § | |
| INC. d/b/a DAVIS INSTRUMENTS, | § | |
| COLE-PARMER INSTRUMENT | § | |
| COMPANY, LACROSSE | § | |
| TECHNOLOGY, LTD., CHANEY | § | |
| INSTRUMENT COMPANY, | § | |
| RAINWISE, INC., COLUMBIA | § | |
| WEATHER SYSTEMS, INC., | § | |
| PEET BROS. COMPANY, INC. and | § | |
| TANDD U.S. LLC, | § § | |
| Defendants. | § | |

**PLAINTIFF'S AMENDED NOTICE OF DISMISSAL OF
HIDEKI ELECTRONICS, INC. PURSUANT TO FED.R.CIV.P 41(a)(1)(A)(i)**

Aloft Media, LLC, plaintiff in the above-entitled and numbered civil action, dismisses, with prejudice, Hideki Electronics, Inc. ("Hideki") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Hideki has not been served with a summons, nor has it filed an answer or a motion for summary judgment.

The plaintiff and Hideki each will bear its own costs, expenses and legal fees.

This dismissal does not affect any other named defendant.

Respectfully submitted,

_____
Eric M. Albritton
Texas Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
ema@emafirm.com

Thomas John Ward, Jr.
Texas Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

Danny L. Williams
Texas State Bar No. 21518050
WILLIAMS, MORGAN &
AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com

Scott Stevens
State Bar No. 00792024
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas 75606
Tel: 903-753-6760
Fax: 903-753-6761
scott@seslawfirm.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of this notice will be served upon Hideki Electronics, Inc. via email on the 29th day of July, 2008.  A copy of this notice will be served upon the remaining defendants along with the summons and complaint.

_____
Eric M. Albritton