# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 2:08-cv-153 |
| v. | § § | |
| BROOKSTONE, INC., HONEYWELL, INC., THERMO FISHER SCIENTIFIC, INC. d/b/a DAVIS INSTRUMENTS, COLE-PARMER INSTRUMENT COMPANY, LACROSSE TECHNOLOGY, LTD., CHANEY INSTRUMENT COMPANY, RAINWISE, INC., COLUMBIA WEATHER SYSTEMS, INC., PEET BROS. COMPANY, INC. and TANDD U.S. LLC, | § § § § § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## ORDER

The plaintiff filed a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Rainwise, Inc. Accordingly, Rainwise, Inc. shall be, and is hereby, DISMISSED WITH PREJUDICE.

The plaintiff and Rainwise, Inc. each shall bear its own costs, expenses and legal fees.

This dismissal does not affect any other named defendant.

**SIGNED this 11th day of August, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE