# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, § § | |
| Plaintiff, § § § | Civil Action No. 2:08-cv-153 |
| v. § § | |
| BROOKSTONE, INC., HONEYWELL, § INC., THERMO FISHER SCIENTIFIC, § INC. d/b/a DAVIS INSTRUMENTS, § COLE-PARMER INSTRUMENT § COMPANY, LACROSSE § TECHNOLOGY, LTD., CHANEY § INSTRUMENT COMPANY, § RAINWISE, INC., COLUMBIA § WEATHER SYSTEMS, INC., § PEET BROS. COMPANY, INC. and § TANDD U.S. LLC, § § | JURY TRIAL DEMANDED |
| Defendants. § | |

## ORDER

The plaintiff filed a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Thermo Fisher Scientific, Inc. D/B/A Davis Instruments. Accordingly, Thermo Fisher Scientific, Inc. D/B/A Davis Instruments shall be, and is hereby, DISMISSED WITH PREJUDICE.

The plaintiff and Cole Thermo Fisher Scientific, Inc. D/B/A Davis Instruments each shall bear its own costs, expenses and legal fees.

This dismissal does not affect any other named defendant.

**SIGNED this 7th day of October, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE