# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 2:08-cv-153 |
| v. | § § | |
| BROOKSTONE, INC., HONEYWELL, INC., THERMO FISHER SCIENTIFIC, INC. d/b/a DAVIS INSTRUMENTS, COLE-PARMER INSTRUMENT COMPANY, LACROSSE TECHNOLOGY, LTD., CHANEY INSTRUMENT COMPANY, RAINWISE, INC., COLUMBIA WEATHER SYSTEMS, INC., PEET BROS. COMPANY, INC. and TANDD U.S. LLC, | § § § § § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## ORDER

The plaintiff filed a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Cole-Parmer Instrument Company. Accordingly, Cole-Parmer Instrument Company shall be, and is hereby, DISMISSED WITH PREJUDICE.

The plaintiff and Cole-Parmer Instrument Company each shall bear its own costs, expenses and legal fees.

This dismissal does not affect any other named defendant.

SIGNED this 7th day of October, 2008.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE