# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, § § Plaintiff, § § v. § § HONEYWELL INTERNATIONAL, § INC., THERMO FISHER SCIENTIFIC, § INC. d/b/a DAVIS INSTRUMENTS, § COLE-PARMER INSTRUMENT § COMPANY, LACROSSE § TECHNOLOGY, LTD., CHANEY § INSTRUMENT COMPANY, § RAINWISE, INC., COLUMBIA § WEATHER SYSTEMS, INC., § TANDD U.S. LLC, and § HIDEKI ELECTRONICS, INC. § § Defendants. § § | Civil Action No.  2:08-cv-153 JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF DISMISSAL OF HONEYWELL INTERNATIONAL, INC. PURSUANT TO FED.R.CIV.P 41(a)(1)(A)(i)

Aloft Media, LLC, plaintiff in the above-entitled and numbered civil action, dismisses, with prejudice, Honeywell International, Inc. ("Honeywell") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Honeywell has not been served with a summons, nor has it filed an answer or a motion for summary judgment.

The plaintiff and Honeywell each will bear its own costs, expenses and legal fees.

This dismissal does not affect any other named defendant.

Respectfully submitted,

_____
Eric M. Albritton
Texas Bar No. 00790215
Craig Tadlock
Texas State Bar No. 00791766
Adam A. Biggs
Texas State Bar No. 24051753
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
ema@emafirm.com
cct@emafirm.com
aab@emafirm.com

Thomas John Ward, Jr.
Texas Bar No. 00794818
WARD & SMITH LAW FIRM
P O Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

Scott Stevens
State Bar No. 00792024
Kyle J. Nelson
State Bar No. 24056031
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas 75606
Tel: 903-753-6760
Fax: 903-753-6761
scott@seslawfirm.com
kyle@seslawfirm.com

2

        Danny L. Williams
Texas Bar No. 21518050
Chris Cravey
Texas Bar No. 24034398
Matthew R. Rodgers
Texas Bar No. 24041804
WILLIAMS, MORGAN &
AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com
ccravey@wmalaw.com
mrodgers@wmalaw.com

Jason A. Holt
Texas State Bar No. 24041122
Matthew M. Hill
Texas State Bar No. 24041101
HILL & HOLT, P.L.L.C.
P.O. Box 6945
Longview, TX 75608
(903) 230-7914 (phone)
(903) 269-1381 (fax)
jholt@hillandholt.com
mhill@hillandholt.com

***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 2nd day of December, 2008.

*/s/ Eric M. Albritton*

Eric M. Albritton

3