**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No.  2:08-cv-153 |
| v. | § | |
| | § | |
| HONEYWELL INTERNATIONAL, | § | JURY TRIAL DEMANDED |
| INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

**JOINT MOTION TO DISMISS ALL CLAIMS
AND COUNTERCLAIMS WITH PREJUDICE**

Aloft Media, LLC and Chaney Instrument Company jointly move to dismiss with prejudice their respective claims and counterclaims.  The parties each will bear its own costs, expenses and legal fees.  Upon the granting of this motion, this civil action can be closed.

Respectfully submitted,

_____
Eric M. Albritton
Texas Bar No. 00790215
Craig Tadlock
Texas State Bar No. 00791766
Adam A. Biggs
Texas State Bar No. 24051753
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
ema@emafirm.com
cct@emafirm.com
aab@emafirm.com

*Counsel for Aloft Media, LLC*

/s/ Guy N. Harrison
Guy N. Harrison
Texas State Bar No. 00000077
HARRISON LAW FIRM
217 North Center
Longview, Texas 75601
(903) 758-7361 (phone)
(903) 753-9557 (fax)
guy@gnhlaw.com

Barry W. Sufrin
Nicole M. Murray
Drinker, Biddle & Reath LLP
191 N. Wacker Drive
Suite 3700
Chicago, IL. 60606
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
Barry.Sufrin@dbr.com
Nicole.Murray@dbr.com

**CERTIFICATE OF SERVICE**

     The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 12th day of February, 2009.

_____
Eric M. Albritton