# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## MARSHALL DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | Civil Action No. 2:08-cv-153 |
| v. | § | |
| | § | |
| HONEYWELL INTERNATIONAL, | § | JURY TRIAL DEMANDED |
| INC., THERMO FISHER SCIENTIFIC, | § | |
| INC. d/b/a DAVIS INSTRUMENTS, | § | |
| COLE-PARMER INSTRUMENT | § | |
| COMPANY, LACROSSE | § | |
| TECHNOLOGY, LTD., CHANEY | § | |
| INSTRUMENT COMPANY, | § | |
| RAINWISE, INC., COLUMBIA | § | |
| WEATHER SYSTEMS, INC., | § | |
| TANDD U.S. LLC, and | § | |
| HIDEKI ELECTRONICS, INC. | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER

The plaintiff filed a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Honeywell International, Inc. Accordingly, Honeywell International, Inc. shall be, and is hereby, DISMISSED WITH PREJUDICE.

The plaintiff and Honeywell International, Inc. each shall bear its own costs, expenses and legal fees.

This dismissal does not affect any other named defendant.

 **SIGNED this 13th day of February, 2009.**

_____

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE