# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| Plaintiff, | § § § | |
| | § | Civil Action No. 2:08-cv-153 |
| v. | § § | |
| HONEYWELL INTERNATIONAL, INC., ET AL., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## ORDER

The Joint Motion to Dismiss all Claims and Counterclaims with Prejudice shall be, and is hereby, GRANTED. The parties shall bear their own costs, expenses and legal fees. This Order closes this civil action.

SIGNED this 13th day of February, 2009.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE